FILED'05 JUL 27 13:52USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RANDY D. FISHER, | ) | |
| | ) | Civil No. 05-829-PA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION, | ) ) | |
| | ) | |
| Respondent. | ) ) | |

PANNER, District Judge.

Petitioner brings this action pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1914, a party seeking to institute a habeas corpus proceeding shall pay a filing fee of $5.00. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed in forma pauperis. See 28 U.S.C. § 1915.

Petitioner has neither submitted the filing fee nor moved to proceed in forma pauperis. Accordingly, IT IS ORDERED that petitioner shall submit a filing fee or an application to proceed

1 - ORDER

*in forma pauperis* within 30 days of the date of this order. Petitioner's failure to do so will result in the dismissal of this action.

IT IS SO ORDERED.

DATED this __27__ day of July, 2005.

                                         /s/ Owen M. Panner
                                         Owen M. Panner
                                         United States District Judge